**EASTERN COAL CORPORATION, Movant,**

v.

**Earsel A. MAY et al., Respondents.**

Supreme Court of Kentucky.

Nov. 21, 1978.

William J. Baird, III, Baird & Baird, Pikeville, for movant.

Kelsey E. Friend, Kelsey E. Friend Law Firm, Pikeville, for respondents.

### OPINION AND ORDER

The motion of Eastern Coal Corporation for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered November 25, 1977, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn,* Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.